

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PEBBLE HILLS PLAZA, LTD., | § | No. 08-22-00128-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st Judicial District Court |
| ASLM, LTD., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2022DCV1639) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore vacate the trial court's order, dissolve the temporary injunction, and remand the cause for further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF FEBRUARY, 2023.

SANDEE B. MARION, Chief Justice (Ret.)

Before Rodriguez, C.J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)